```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

R.G., individually and on behalf of E.G., a child with a disability,

                                       *Plaintiffs*,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                                       *Defendant*.

------------------------------------------------------------------x

**ORDER**

No. 18 CV 121197 (GHW) (RWL)

     **IT IS HEREBY ORDERED** that the Office of State Review of the New York State Education Department shall, within thirty (30) days of receipt of this Order, mail a certified copy of the administrative record in Office of State Review Appeal No. 18-092 to counsel for the Defendant, Sharon Sprayregen, Assistant Corporation Counsel., New York City Law Department, 100 Church Street, New York, New York 10007; and

     **IT IS FURTHER ORDERED** that upon receipt of the certified record from the Office of State Review, Defendant's counsel shall provide Bates-stamped courtesy copies of such record to Plaintiffs' counsel and to the Court and shall file the certified record with the Court under seal pursuant to Rule 5.2(d) of the Federal Rules of Civil Procedure.

     It is **SO ORDERED.**

                                                             JUDGE ROBERT LEHRBURGER
                                                              United States Magistrate Judge

Dated:     May 13, 2020
           New York, New York