USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__10/16/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
        :
R.G., *individually and on behalf of E.G., a child with a*  :
*disability*,        :
        :
      Plaintiffs,  :  18-CV-12119 (JPC)
        :
  -v-  :  NOTICE OF
        :  <u>REASSIGNMENT</u>
NEW YORK CITY DEPARTMENT OF EDUCATION, :
        :
      Defendant.  :
        :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. Any conference or oral argument before the Magistrate Judge will proceed as ordered. **All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan.**

    SO ORDERED.

Dated: October 16, 2020               _____
      New York, New York              JOHN P. CRONAN
                                           United States District Judge