```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
R.G., et al.,

                Plaintiffs,

       - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                Defendant.
------------------------------------------------------------X

18-CV-12119 (JPC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    This Order addresses scheduling for filing of the administrative record and summary judgment briefing. The corrected record shall be filed no later than **April 22, 2021**. As proposed by the parties, Plaintiffs shall file summary judgment papers by **June 3, 2021**. Defendant shall file opposition and any cross-motion by **July 15, 2021**. Plaintiffs shall file any reply and opposition to the cross-motion by **August 26, 2021**. Defendant shall file any reply on its cross-motion by **September 7, 2021**.

                SO ORDERED.

                _____
                ROBERT W. LEHRBURGER
                UNITED STATES MAGISTRATE JUDGE

Dated: April 20, 2021
       New York, New York

Copies transmitted this date to all counsel of record.