UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
R.G., individually and on behalf of E.G., a child
with a disability,

                    Plaintiffs,

     -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION,
                    Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/11/2022

18 CIVIL 12119 (JPC)(RWL)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 11, 2022, Defendant's motion for summary judgment is granted and Plaintiff's motion for summary judgment is denied; accordingly, the case is closed.

**Dated:** New York, New York
           February 11, 2022

                                                          RUBY J. KRAJICK
                                                            Clerk of Court

                       BY:
                                                            Deputy Clerk